OFFICE OF DISCIPLINARY COUNSEL *v.* ALLISON.

[Cite as Disciplinary Counsel *v.* Allison (1989), 44 Ohio St. 3d 100.]

(No. 89-354—Submitted April 11, 1989—Decided July 12, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Charles T. Brown,* for relator.

*Stephen P. Allison, pro se.*

*Per Curiam.* This court finds that respondent violated DR 1-102(A)(1) and (3) (four violations), (4) (three violations), (5) (two violations), and (6) (four violations), 9-102(A)(2) (two violations), 9-102(B)(4), and Gov. Bar R. VI. Furthermore, we agree with the recommendation of the board and hereby permanently disbar respondent from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.